FILED

08/06/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0232

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## No. DA 20-0232

JAMES DAVID SIMPSON,                    )
                                        )
        Petitioner/Appellant,           )
                                        )     **ORDER GRANTING**
    vs.                                 )     **THIRD EXTENSION**
                                        )     **OF TIME TO FILE**
MUSSELSHELL COUNTY BOARD                )     **OPENING BRIEF**
OF COMMISSIONERS,                       )
                                        )
        Respondent/Appellee.            )
_____    )

Appellant/Petitioner James David Simpson has moved the Court, pursuant to M.R.App.P. 26(2), for an extension from August 14, 2020, up to an including September 18, 2020, in which to file his opening brief in this matter. It is supported by affidavit of counsel. Appellee/Respondent Musselshell County Board of Commissioners does not oppose the motion.

Pursuant to the authority granted under M.R.App.P. 26(2), and good cause having been shown, Appellant, James David Simpson, is given an extension of time up to and including September 18, 2020, to file his opening brief.

DATED this _____day of August, 2020

_____
Montana Supreme Court Justice

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 6 2020